**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rolando Nunez Villa, a minor, by his mother, Herenia Villa Torres,<br><br>   Plaintiff,<br><br>vs.<br><br>Brass Eagle, LLC, et al.,<br><br>   Defendants. | No. CV-06-0870-PHX-FJM<br><br>**ORDER** |

The court has been presented with plaintiff's "Motion for Reconsideration" (doc. 47). Pursuant to LRCiv 7.2(g), defendants may, but need not, file a response no later than April 12, 2007.

DATED this 5th day of April, 2007.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge