**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rolando Nunez Villa, a minor, by his mother, Herenia Villa Torres,<br><br>            Plaintiff,<br><br>vs.<br><br>Brass Eagle, LLC, et al.,<br><br>            Defendants. | No. CV-06-0870-PHX-FJM<br><br>**ORDER** |

The court has been presented with plaintiff's "Motion for Reconsideration" (doc. 47) and defendants' response (doc. 53). Pursuant to LRCiv 7.2(g), plaintiff may, but need not, file a reply no later than May 10, 2007. The reply should not exceed 5 pages in length, and should address defendants' contention that the parties agreed upon an "open extension" to the deadline by which defendants were required to respond to plaintiff's September 21, 2006 "Request to Produce Documents," see Response at 4-5.

DATED this 4th day of May, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge